**In re Born Islam RUSH, Petitioner.**

No. 15–3029.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P.
Sept. 3, 2015.

Filed: Nov. 16, 2015.

Born Islam Rush, Fairton FCI, Fairton, NJ, pro se.

Before: McKEE, Chief Judge, GARTH and BARRY, Circuit Judges.

OPINION *

PER CURIAM.

Pro se petitioner Born Rush filed a petition for writ of mandamus requesting that we direct the District Court to rule upon his then-pending petition under 28 U.S.C. § 2241. Soon thereafter, the District Court disposed of Rush's § 2241 petition, dismissing it in part and denying it in part. Because the District Court granted Rush the relief he requested in his mandamus petition—a decision on his § 2241 petition—his mandamus petition has been rendered moot. *See, e.g., Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

---

Cir.1996). Accordingly, we will dismiss Rush's mandamus petition.

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.